In the Matter of the Application of ELIZA MOULTON, Appellant, to Revoke and Cancel Liquor Tax Certificate No. 18,052, Issued to PASQUALE ACCONCIA, Respondent.

*Matter of Moulton,* 59 App. Div. 25, affirmed.
(Argued October 3, 1901; decided October 22, 1901.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, made March 8, 1901, which reversed an order of Special Term revoking and canceling liquor tax certificate No. 18,052 and dismissed the proceedings.

*Lincoln G. Backus* and *Henry L. Maxson* for appellant.

*Alfred R. Page* for respondent.

Order affirmed, with costs, on opinion below.

Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, MARTIN, VANN and LANDON, JJ.